UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| ARMAND JUDE WILLIAMS | CIVIL ACTION |
|---|---|
| VERSUS | NO. 17-5749 |
| NEW ORLEANS POLICE DEPARTMENT | SECTION "R" (2) |

## ORDER

Plaintiff Armand Jude Williams filed this *pro se* complaint pursuant to 42 U.S.C. § 1983. Having reviewed *de novo* the complaint,[1] the record, and the Magistrate Judge's unopposed Findings and Recommendation,[2] the Court approves the Magistrate Judge's conclusion that plaintiff's case should be dismissed for failure to prosecute.

The Court finds that the dismissal should be without prejudice. *See Millan v. USAA Gen. Indem. Co.*, 546 F.3d 321, 326-27 (5th Cir. 2008); *Berry v. CIGNA/RSI-CIGNA*, 975 F.2d 1188, 1191 (5th Cir. 1992). Accordingly, plaintiff's section 1983 complaint is DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this __8th__ day of September, 2017.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 1.
[2] R. Doc. 3.